```
              UNITED STATES DISTRICT COURT
                      FOR THE
              MIDDLE DISTRICT OF PENNSYLVANIA


CHARLES BOWER,                   :
                                 :
        Plaintiff                :    No. 1:16-CV-00537
                                 :
   vs.                           :    (Judge Kane)
                                 :
J. REY, et al.,                  :
                                 :
        Defendants               :

-----------------------------------------------------------------

CHARLES BOWER,                   :
                                 :
        Plaintiff                :    No. 1:16-CV-02048
                                 :
   vs.                           :    (Judge Kane)
                                 :
BETH ZALNO, et al.,              :
                                 :
        Defendants               :
```

<u>ORDER</u>

In accordance with the accompanying memorandum, on this 16th day of December 2016, **IT IS HEREBY ORDERED THAT:**

1. Bower's motion for leave to proceed <u>in forma pauperis</u> (Doc. No. 6) in Civil No. 1:16-CV-02048 is construed as a motion to proceed without full prepayment of the filing fee and **GRANTED**.

2. Bower's complaint (Doc. No. 1) in Civil No. 1:16-CV-02048 is **DISMISSED** for failure to state a claim upon which relief can be granted pursuant 28 U.S.C. § 1915((e)(2)(B)(ii) with leave to file an amended complaint within 30 days of the date of this Order.  The amended complaint must be complete in all respects.

It must be a new pleading which stands by itself without reference to the complaint or the other documents already filed. Such amended complaint should set forth his claims in short, concise and plain statements. It should specify which actions are alleged as to which defendants. If Bower fails to file an amended complaint within the time set forth above, the case will be closed by the Clerk of Court without further order of court.

      3. Bower's motion for leave to file an amended complaint (Doc. No. 14) in Civil No. 1:16-CV-02048 is **DEEMED MOOT.**

      4. The prior case Bower v. Rey, et al., 1:16-CV-00537, is consolidated into Bower v. Zalno, et al., 1:16-CV-02048, and the Clerk of Court directed to **CLOSE** the prior case, Civil No. 1:16-CV-00537, and terminate any pending motions in that case.

      4. The Clerk of Court is directed to file a copy of this order in both cases, Civil No. 1:16-CV-00537 and Civil No. 1:16-CV-02048.

                                          S/ Yvette Kane
                                          Yvette Kane, District Judge
                                          United States District Court
                                          Middle District of Pennsylvania